IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CONNIE DENCE, personal representative for the Estate of JANELLE MARIE BUTTERFIELD, deceased,<br><br>        Plaintiff,<br><br>        v.<br><br>WELLPATH, LLC, CORRECT CARE SOLUTIONS, LLC, CARLY HINKLE, DAWN CASE, OPTIONS FOR SOUTHERN OREGON, INC., MERRICK KELLY-ROBINSON, JOSEPHINE COUNTY, DAVE DANIEL, AMANDA WASS, KRYSTAL HULSEY, VIVEK SHAH, PATRICIA SHEVOKIS, ED VINCENT, and CLINT MOONEY,<br><br>        Defendants. | Case No. 1:20-cv-00671-CL<br><br>ORDER |

MCSHANE, Judge:

      Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 187),

and the matter is now before this Court on Defendants' objections. *See* 28 U.S.C. § 636(b)(1)(B),

1 –ORDER

Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 187) is adopted in full. Wellpath Defendants' evidentiary objections are DENIED. Plaintiff's Motion for Imposition of Sanctions (ECF No. 142) is GRANTED. Judgment is for Plaintiff as to liability on all claims against the Wellpath Defendants. This matter shall proceed to trial against the Wellpath Defendants to establish damages.

IT IS SO ORDERED.

DATED this 30th day of September, 2024.

                                                                                                                        __s/Michael J. McShane_____
                                                                                                                            Michael McShane
                                                                                         United States District Judge