IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CONNIE DENCE, as personal representative for the Estate of Janelle Marie Butterfield, Deceased,

Plaintiffs,

v.

WELLPATH, LLC, a Delaware corporation; CORRECT CARE SOLUTIONS, LLC, a Kansas corporation; DAWN CASE; CARLY HINKLE; CRYSTAL HULSEY; VIVEK SHAH; PATRICIA SHEVOKIS; AMANDA WASS; JOSEPHINE COUNTY, an Oregon County; DAVE DANIEL; and ED VINCENT,

Defendants.

Case No. 1:20-cv-00671-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke issued a Findings and Recommendation, ECF No. 249, and the matter is now before this Court on Defendants' objections, ECF No. 254. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). As Defendants object to Magistrate Judge Clarke's Findings and Recommendation "insofar as they recommend denial of County Defendants' Motion for Summary Judgment on Plaintiff's (1) *Monell* claims against the County, (2) 42 U.S.C. § 1983 claims against Lt. Vincent, and (3) state law negligence claims against the County," this Court reviews the report *de novo*. Defs.' Objs. 2; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

Cir. 2003) (clarifying that a district judge "must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise.").

"In providing for a de novo determination . . . Congress intended to permit whatever reliance a district judge, in the exercise of sound judicial discretion, chose to place on a magistrate's proposed findings and recommendations." *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023) (citation omitted). The Court need not "provide individualized analysis of each objection" because Defendants do not raise new claims in their objections.[1] *Id.* at 434–35.

This Court finds no errors and concludes the Findings and Recommendation is correct.

Magistrate Judge Clarke's Findings and Recommendation, ECF No. 249, is adopted in full. Accordingly, Defendants' Motion for Summary Judgment, ECF No. 230, is **GRANTED** in part and **DENIED** in part.

IT IS SO ORDERED.

DATED this 9th day of September 2026.

s/ Michael McShane
HON. MICHAEL J. MCSHANE
United States District Judge

[1] Defendants' objections to the Findings and Recommendation are slight reformulations of their arguments raised in the Motion for Summary Judgment, ECF No. 230.