**Chad Stavley, OSB No. 034656**
chad@stavleylaw.com
Law Office of Chad Stavley, P.C.
434 NW 19th Avenue
Portland, OR 97209
Phone: (503) 546-8812

**John Devlin, OSB No. 042690**
john@johndevlinlaw.com
Devlin Law, P.C.
434 NW 19th Avenue
Portland, OR 97209
Phone: (503) 228-3015

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| CONNIE DENCE, personal representative for the Estate of JANELLE MARIE BUTTERFIELD, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>WELLPATH, LLC, a Delaware corporation; CORRECT CARE SOLUTIONS, LLC, a Kansas corporation; CARLY HINKLE, an individual; DAWN CASE, an individual; JOSEPHINE COUNTY, an Oregon county; DAVE DANIEL, an individual; AMANDA WASS, an individual; CRYSTAL HULSEY, an individual; VIVEK SHAH, an individual; PATRICIA SHEVOKIS, an individual; and ED VINCENT, an individual,<br><br>Defendants. | **Civil Action No. 1:20-cv-00671-MC**<br><br>**JOINT STATUS REPORT** |

The parties submit this Joint Status Report in response to the Court's September 15, 2026 Scheduling Order.

**Josephine County Defendants (Josephine County and Ed Vincent).** Counsel for the plaintiff and counsel for the Josephine County defendants have conferred on proposed trial dates. While the parties acknowledge that the Court's Scheduling Order stated that the parties should be prepared to go to trial within four months of resolution of dispositive motions, the parties respectfully request a slightly later trial date of approximately five months because of the schedules of counsel and several expert witnesses. The parties are available for a two-week trial during the weeks of 1/25/27-1/29/27, 2/1/27-2/5/27, 2/8/27-2/12/27, or 2/15/27-2/19/27. In addition, the parties are scheduling a mediation session with the Honorable Eric Bergstrom, who previously served as a mediator in this case.

**Wellpath Defendants (Wellpath LLC; Correct Care Solutions LLC; Carly Hinkle; Dawn Case; Amanda Wass; Crystal Hulsey; Vivek Shah; and Patricia Shevokis).** On November 20, 2024, the Honorable Mark Clarke stayed this case after Wellpath LLC filed for bankruptcy. That stay remains in place for the Wellpath defendants.[1] Prior to the bankruptcy filing, the plaintiff and the Wellpath defendants reached an agreement to resolve these claims, but the settlement was not paid in full. Counsel for the plaintiff and counsel for the Wellpath defendants are conferring on the status of these claims and will file a subsequent Joint Status Report with the Court.

[1] Judge Clarke lifted the stay for the claims against the Josephine County defendants on March 12, 2025.

**<u>Options Defendants (Options for Southern Oregon, Inc.; Merrick Kelly-Robinson; and Clint Mooney)</u>.** Plaintiff has resolved her claims against the Options defendants, who were dismissed from this lawsuit on October 15, 2024.

DATED this 29th day of September, 2026.

LAW OFFICE OF CHAD STAVLEY, P.C.

/s/ Chad Stavley
Chad Stavley, OSB No. 034656
Email: chad@stavleylaw.com

DEVLIN LAW, P.C.

/s/ John Devlin
John Devlin, OSB No. 042690
Email: john@johndevlinlaw.com